UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SOMKHIT NASEE, WISIT KAMPILO, and all other similarly situated persons,<br><br>  Plaintiffs,<br><br>  v.<br><br>GLOBAL HORIZONS MANPOWER INC., MORDECHAI ORIAN, PLATTE RIVER INSURANCE COMPANY, ACCREDITED SURETY AND CASUALTY COMPANY, INC., VALLEY FRUIT ORCHARDS, LLC, and GREEN ACRE FARMS, INC.,<br><br>  Defendants. | NO. CV-06-3048-RHW<br><br>**ORDER DENYING DEFENDANT GLOBAL HORIZON'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

A telephonic hearing was on October 2, 2009. Plaintiff was represented by Brad Moore and Keith Kessler. Defendant was represented by Matthew Gibbs. At the hearing, counsel orally agreed that the Court should enter the following Order:

**IT IS HEREBY ORDERED**:

  1.  Defendant Global Horizon's Motion for Partial Summary Judgment (Ct. Rec. 280) is **DENIED**. The Court finds there is a triable issue of material fact.

  2.  Based on Plaintiffs' concession in their Opposition that there are no facts to support the claims, judgment in favor of Defendant Mordechai Orian is

**ORDER DENYING DEFENDANT GLOBAL HORIZON'S MOTION FOR PARTIAL SUMMARY JUDGMENT ~ 1**

**granted** with respect to Plaintiffs' FLSA claims and FLCA claims.

3. The District Court Executive is directed to enter judgment in favor of Defendant Mordechai Orian with respect to Plaintiffs' FLSA claims and FLCA claims.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 6th day of October, 2009.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2006\Nasee, et al\orderpartialsj.wpd

**ORDER DENYING DEFENDANT GLOBAL HORIZON'S MOTION FOR PARTIAL SUMMARY JUDGMENT ~ 2**