UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SOMKHIT NASEE, WISIT KAMPILO, BUNSRI NA METHA, and all other similarly situated persons,

Plaintiffs,

v.

GLOBAL HORIZONS MANPOWER INC., MORDECHAI ORIAN, PLATTE RIVER INSURANCE COMPANY, ACCREDITED SURETY AND CASUALTY COMPANY, INC.,

Defendants.

NO. CV-06-3048-RHW

**ORDER GRANTING STIPULATION; DISMISSING FLSA CLAIMS WITH PREJUDICE; AND CLOSING FILE**

Before the Court is the parties' Stipulation of Voluntary Nonsuit of Plaintiffs' Fair Labor Standards Act Claim (Ct. Rec. 390). The parties stipulate to the dismissal without prejudice of Plaintiffs' remaining Fair Labor Standards Act claims.

Accordingly**, IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Voluntary Nonsuit of Plaintiffs' Fair Labor Standards Act Claim (Ct. Rec. 390) is **GRANTED**.

2. The remaining Fair Labor Standards Act claims asserted against Defendants are **dismissed** without prejudice.

///

**ORDER GRANTING STIPULATION; DISMISSING FLSA CLAIMS WITH PREJUDICE; AND CLOSING FILE ~** 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 20th day of October, 2009.

          *s/Robert H. Whaley*
          ROBERT H. WHALEY
          United States District Judge

Q:\CIVIL\2006\Nasee, et al\grantstip.wpd

**ORDER GRANTING STIPULATION; DISMISSING FLSA CLAIMS WITH PREJUDICE; AND CLOSING FILE ~ 2**